Barbara J. Duffy, WSBA No. 18885
Sarah E. Swale, WSBA No. 29626
Kelly M. Turner, WSBA No. 43022
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
Email:  duffyb@lanepowell.com
        swales@lanepowell.com
        turnerk@lanepowell.com

Attorneys for Defendant Extendicare
Homes, Inc., a Delaware corporation

THE HON. LONNY R. SUKO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| LEANNE LOVE,<br><br>                    Plaintiff,<br><br>    v.<br><br>EXTENDICARE HOMES, INC., a Delaware corporation,<br><br>                    Defendant. | No. 2:13-CV-00227-LRS<br><br>ORDER DISMISSING CASE WITH PREJUDICE<br><br>WITHOUT ORAL ARGUMENT<br>Hearing date: October 29, 2013 |

The parties having stipulated for dismissal of the above-entitled matter with prejudice and without attorneys' fees and costs to any party, and having stipulated to the entry of this Order without further notice to any party, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED that the parties' stipulated motion, ECF No. 25, is GRANTED, and the above-entitled matter be and the same is hereby dismissed

ORDER DISMISSING CASE
WITH PREJUDICE - 1
No. 2:13-CV-00227-LRS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

with prejudice and without attorneys' fees or costs to any party.  The District Court Executive is directed to CLOSE FILE.

      IT IS SO ORDERED this 22nd day of October, 2013.

                            *s/Lonny R. Suko*
                        _____
                        HONORABLE LONNY R. SUKO
                        United States District Judge

Presented by:
LANE POWELL PC


By s/Sarah E. Swale
   Barbara J. Duffy, WSBA No. 18885
   Sarah E. Swale, WSBA No. 29626
Attorneys for Defendant


Approved as to Form;
Notice of Presentation Waived:

HKM EMPLOYMENT ATTORNEYS PLLC


By s/Kathryn A. Kuhlenberg
   Kathryn A. Kuhlenberg, WSBA No. 45737
Attorneys for Plaintiff

ORDER DISMISSING CASE
WITH PREJUDICE - 2
No. 2:13-CV-00227-LRS

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

114773.0125/5857261.1